**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.  **CV 25-169-JFW(MAAx)** | Date: April 16, 2025 |

Title: Gracia Maria Assis Farnell -v- Joseph Angulo, et al.

---

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**  **ORDER STRIKING PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT [filed 4/16/25; Docket No. 23]**

    Plaintiff's Motion to Remand Case to State Court, filed on April 16, 2025 (Docket No. 23), is **STRICKEN** for failure to comply with Local Rule 7-3, which requires the conference of counsel to take place at least seven days prior to the filing of the Motion, and paragraph 5(b) of the Court's Standing Order, which requires the Joint Statement to be filed not more than 2 days after the Local Rule 7-3 conference. If Plaintiff wishes to re-file the Motion, the parties shall meet and confer in person or by video conference on or before April 23, 2025.  Within 3 days of the meet and confer, each party shall file a declaration setting forth the issues resolved at the conference and those issues that were not resolved with a detailed explanation of why those issues could not be resolved. If a Motion remains necessary, Plaintiff shall not file the Motion until 5 days after each party files the declaration required by this Order.

    IT IS SO ORDERED.